

**Misseldine, Ava**
RET - Retail Manager
RETAIL - retail (Department)

SSN: XXX-XX-2804
Position ID: QDQ000147
Hire Date: 02/24/2022
Status: Terminated
Employee Search: <SEARCH RESULTS>
1 of 1

Show as of 06/30/2022

START EMPLOYEE CHANGE | PRINT

## Position

**Retail Manager**

Reports To: Holt, Kimberly

Position Start Date: 02/24/2022
Management Position: Yes

Job Change Reason: New Hire
Worker Category: Full Time

Worked in Country: United States
Job Class:

Position ID: QDQ000147
FLSA:

Company Code: QDQ
NAICS Worker's Comp:

File #: 000147
EEOC Job Classification: First/Mid-Level Officials and Managers

EEO Establishment:
Officer/Owner: Employee

[EDIT]

## Corporate Groups

Change Reason: New Hire
Business Unit:

Location: zion vc
Union Code:

Home Department: retail
Union Local:

Home Cost Number:

[EDIT]

## Additional Earnings

There are currently no entries.

[VIEW] [ADD]

## Status

Terminated

Hire Date: February 24, 2022

Hire Reason: New Position

Termination Date: **06/02/2022**
Termination Reason: Personal

Voluntary/Involuntary: Voluntary

Severance Pay Start Date:
Severance Pay End Date:

Eligible for Rehire: No
Optional Rehire Status: Not Eligible

Last Day Worked: 06/02/2022

Comments:
**Ava gave notice via text** and responded very unprofessionally to Kim. She then gave her version of events to Ambassador's in Kim's absence.

Supporting documents

[EDIT]

## Employment

Seniority Date:
Associate ID: 0A8OUSLPN

Credited Service Date:
Hire Source:

Adjusted Service Date:
Normal Retirement Date:

Early Retirement Date:

[EDIT]

## Work Schedule

### Schedule Information

FTE:
Scheduled Hours:

Assigned Shift:
Hours Period:

### Time Off

Blackout Calendar: <Not Assigned>
Default Start Time:

Accrual Date:
Default Request Hours:

## Regular Pay

$2,230.77
Salary

Pay Frequency: Biweekly

Annual Salary: $58,000.02
Rate 2: (More Rates) $27.8846

Premium Rate Factors: 1.5 * 1.0
Standard Hours: 80.00

Use FLSA Overtime: No
Change Reason: New Hire

Cancel Automatic Pay: No
Tipped employee: No

Wage Entity:

Variable pay tracking
Cancel automatic pay

[EDIT]

## Time & Attendance

Pay Class: Salaried Exempt
Badge:

Supervisor: Holt, Kimberly
Supervisor Position: Yes

Include in Time Summary/Payroll?: No

[EDIT]