IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.                                             NO. 2:22-CR-168
                                                            JUDGE WATSON

AVA MISSELDINE

## **NOTICE OF APPEARANCE**

       Brenda Shoemaker, Assistant United States Attorney, hereby gives notice to the Court and to the defendant that she is entering an appearance as counsel for the United States in the above captioned case, and requests that copies of all papers filed in this action be served upon her at the following address:

303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Brenda.Shoemaker@usdoj.gov

                                                   Respectfully submitted,

                                                   KENNETH L. PARKER
                                                 United States Attorney

                                                 *s/ Brenda Shoemaker*
                                                 BRENDA SHOEMAKER (41411)
                                                 Assistant United States Attorney
                                                 303 Marconi Boulevard, Suite 200
                                                 Columbus, Ohio 43215
                                                 Office: (614) 255-1588
                                                 Fax: (614) 469-5653
                                                 E-mail: Brenda.Shoemaker@usdoj.gov